

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00079-CV

**WILBERT NORWOOD STARKS,**

**Appellant**

 **v.**

**DAWSON INDEPENDENT SCHOOL DISTRICT,**
**NAVARRO COUNTY, AND**
**NAVARRO COLLEGE,**

**Appellees**

**From the 13th District Court**
**Navarro County, Texas**
**Trial Court No. D 48685-TX**

## MEMORANDUM OPINION

Wilbert Norwood Starks's notice of appeal was filed on April 1, 2021. In a letter dated April 15, 2021, the Clerk of this Court notified Starks that the appeal was subject to dismissal because it appeared the notice of appeal was untimely. The trial court's Judgment in this case was signed on October 30, 2020. Starks's notice of appeal was due November 30, 2020. *See* TEX. R. APP. P. 26.1.

In the same letter, Starks was also warned that the Court would dismiss the appeal

without further notification unless, within 14 days from the date of the letter, a response was filed showing grounds for continuing the appeal. Starks timely responded but did not show grounds for continuing the appeal.

Accordingly, this appeal is dismissed for want of jurisdiction.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Neill, and
    Justice Johnson
Appeal dismissed
Opinion delivered and filed May 12, 2021
[CV06]

